# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2010

139888

CITIZENS INSURANCE COMPANY OF
AMERICA,
      Plaintiff-Appellee,

v

HILDA MAE RIPPY, PHILLIP GOLDMAN, and
BARBARA GOLDMAN,
      Defendants,

and

MYRA LOU TRENT, Personal Representative of
the Estate of CYRUS E. TRENT, Deceased,
      Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139888
COA: 284510
Genesee CC: 06-084984-CK

On order of the Court, the application for leave to appeal the September 17, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2010

_____
Clerk

p0317